JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE ZGORKA AND JEFF HENEFENT;<br><br>        Plaintiffs,<br><br>v.<br><br>JESTA DIGITAL, LLC D/B/A JAMSTER;<br><br>        Defendant. | CASE NO.  CV12-10716-JFW (PLAx)<br><br>**ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that the above-captioned action is voluntarily dismissed with prejudice against the defendant Jesta Digital, LLC, with each party to bear its own attorneys' fees and costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The Clerk is instructed to close the case as there are no remaining defendants.

DATED: June 6, 2013

_____
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL